UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELIZABETH PALMA IZAQUIRRE, on behalf
of herself and all other persons similarly situated,

                                                                                               Docket No.: 23-cv-03041
                                                                                                (ARR) (JMW)

                        Plaintiff,

        -against-

UNIFIED INC.,

                        Defendant.
------------------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68

      PLEASE TAKE NOTICE that Plaintiff ELIZABETH PALMA IZAQUIRRE, by and through her attorneys, the Romero Law Group PLLC, hereby accepts Defendant UNIFIED INC.'s offer to allow entry of judgment to be taken against them pursuant to Fed. R. Civ. P. 68 in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of attorneys' fees and costs incurred by Plaintiff, for the full and complete satisfaction of any claims under the Fair Labor Standards Act and the New York State Human Rights Law only. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: Hauppauge, New York
           November 28, 2023

                                                ROMERO LAW GROUP PLLC
                                                *Attorneys for Plaintiffs*
                                                490 Wheeler Road, Suite 250
                                                Hauppauge, New York 11788
                                                Tel.: (631) 257-5588

                                  By: _____
                                                DAVID D. BARNHORN, ESQ.
                                                PETER A. ROMERO, ESQ.

## **AFFIRMATION OF SERVICE**

      I, David D. Barnhorn, Esq., hereby certify that on this date, November 28, 2023, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68* was served via First Class Mail and Electronic Mail on the following:

Douglas M. Lieberman, Esq.
Markotsis & Lieberman, P.C.
115B Broadway, Suite 2
Hicksville, New York 11801
Email: dlieberman@mlesq.com

                By: *David Barnhorn*

                    DAVID D. BARNHORN, ESQ.