UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ELIZABETH PALMA IZAQUIRRE, on behalf of
herself and all other persons similarly situated,

                            Plaintiff,                    JUDGMENT
   v.                                                         23-cv-03041-ARR-JMW

UNIFIED INC.,

                            Defendant.
----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 28, 2023; and Defendant UNIFIED INC., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff ELIZABETH PALMA IZAQUIRRE in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of attorneys' fees and costs incurred by Plaintiff, for the full and complete satisfaction of any claims under the Fair Labor Standards Act and the New York State Human Rights Law only; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff ELIZABETH PALMA IZAQUIRRE and against Defendant UNIFIED INC. in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of attorneys' fees and costs incurred by Plaintiff, for the full and complete satisfaction of any claims under the Fair Labor Standards Act and the New York State Human Rights Law only.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       December 1, 2023                                          Clerk of Court

                                                     By:    _/s/Jalitza Poveda_
                                                               Deputy Clerk